693 A.2d 582

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Russell COX, Petitioner.**

**No. 0010 Capital Appeal Docket.**

Supreme Court of Pennsylvania.

April 21, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of April, 1997, upon consideration of petitioner's emergency motion for a stay of execution

pending the resolution of his petition for a writ of certiorari, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Cox*, 546 Pa. 515, 686 A.2d 1279 (1996)..